**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-23783-JB**

MELANIE MESA FIGUEROA, *et al.*,

Plaintiffs,

v.

JOSEPH B. EDLOW, *Director, U.S. Citizenship and Immigration Services*, *et al.*,

Defendants.
_________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal. ECF No. [7]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 3rd day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**